# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| MARTHA WINBERRY<br>& JEFFREY WINBERRY, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | CIVIL ACTION NO.:<br>1:09-CV-240-WHA-CSC |
| UNITED COLLECTION BUREAU,<br>INC., | )<br>)<br>) | |
| Defendant. | ) | |

## DEFENDANT UNITED COLLECTION BUREAU, INC.'S
## MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant United Collection Bureau, Inc. ("UCB") and, pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully files this Motion for Summary Judgment. As set forth in the Memorandum of Law and supporting evidentiary materials filed herewith, there are no genuine issues of material fact as to Plaintiffs's claims against UCB. Accordingly, UCB is entitled to judgment as a matter of law dismissing these claims with prejudice.

Respectfully submitted,

/s/ John W. Scott
John W. Scott
Brent G. Grainger
Attorneys for Defendant
United Collection Bureau, Inc.

**OF COUNSEL:**
SCOTT DUKES & GEISLER, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203
Telephone:   (205) 251-2300
Facsimile:   (205) 251-6773
Email: jscott@scottdukeslaw.com
           bgrainger@scottdukeslaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

David G. Poston, Esq.
Brock & Stout, LLC
P.O. Drawer 311167
Enterprise, AL 36331

Gerald A. Templeton, Esq.
Templeton Group, P.C.
301 19th Street North, Suite 585
Birmingham, Alabama 35203


                                             /s/ John W. Scott
                                             Of Counsel

50647.1